## SECOND DEPARTMENT, DECEMBER, 1937.
### (December 3, 1937.)

ARTHUR S. BARNES, Appellant, v. WALTER BEH, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Trustee for ANNA M. TOWN and GEORGE H. TOWN, under the Will of JOHN J. TOWN, Deceased, Respondent, v. LOUIS FRIEDMAN REALTY CO., INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

GERTRUDE GREENWALD, Appellant, v. WILLIAM G. BULLOCK and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

GEORGE S. HENDRICKSON and WILLIAM H. RYDER, as Executors, etc., of SARAH E. KOUWENHOVEN, Deceased, Appellants, v. HATTIE L. EVERITT and Others, Respondents, and Others, Defendants.— Motion for reargument denied, without costs. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

M. F. HICKEY CO., INC., Respondent, v. LOTHAIR H. SZERLIP, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

ALVIN H. HIGGINS, Appellant, v. PEEKSKILL STAR CORPORATION, VITO GAGLIARDI, DOMINIC E. PICCIANO, JOHN T. HOFFMAN and E. JOE ALBERTSON, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 252 App. Div. 778.] The following question is certified: Does the complaint state a cause of action? Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

ALVIN M. HIGGINS, Appellant, v. THE WILTHUR NEWSPAPERS, INCORPORATED, VITO GAGLIARDI, DOMINIC E. PICCIANO, JOHN T. HOFFMAN and WILLIAM A. ORR, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 252 App. Div. 778.] The following question is certified: Does the complaint state a cause of action? Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Petition of ROSE HOSSAN to Prove the Last Will and Testament of WILLIAM N. HOSSAN, etc., Deceased. ELIAS HOSSAN and Others, Appellants; ROSE HOSSAN, as Executrix, etc., of WILLIAM N. HOSSAN, etc., Deceased, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Petition of MILTON MILLER to Prove the Last Will and Testament of EDWARD H. MILLER, Late of the County of Kings, Deceased. SYLVIA SMITH, Appellant; CLAIRE PASTER MILLER, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay vacated. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.